IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROBERT WAGNER,

        Plaintiff,

vs.

CITY OF OMAHA, et al.,

        Defendant.

8:12CV392

ORDER

This matter is before the court *sua sponte*.

On May 29, 2013, Magistrate Judge Thomas D. Thalken granted the plaintiff's Motion for Leave to File First Amended Complaint. See Filing Nos. 63 - Order (Text); 62 - Motion. The plaintiff sought to add defendant Matthew Keenan and dismiss defendants Christian Mirch, Reuben Soto, Danielle Cloudt, and William Sibert. See Filing No. 62 - Motion. The plaintiff filed the First Amended Complaint on May 29, 2013, naming Matthew Keenan and excluding Christian Mirch, Reuben Soto, Danielle Cloudt, and William Sibert. See Filing No. 64 - First Amended Complaint. Accordingly,

        **IT IS ORDERED**:

Defendants Christian Mirch, Reuben Soto, Danielle Cloudt, and William Sibert are dismissed from this matter without prejudice.

Dated this 31st day of May, 2013.

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              United States District Judge