IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT WAGNER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, et al.,<br><br>    Defendants. | 8:12CV392<br><br>ORDER |

This matter is before the court on the parties' Joint Motion to Extend Pretrial Deadlines in Final Progression Order (Filing No. 158). The court previously granted extensions of deadlines related to the disclosure of expert witnesses. **See** Filing No. 141 - Order. Additionally, in light of those extensions, the court rescheduled the Final Pretrial Conference and Trial. **See** *id.* The parties now seek to extend other pretrial deadlines to correlate with the previous extensions. Upon consideration,

**IT IS ORDERED**:

The parties' Joint Motion to Extend Pretrial Deadlines in Final Progression Order (Filing No. 158) is granted. The provisions of the court's earlier progression orders remain in effect, and in addition to those provisions, the following deadlines shall apply:

 1. **Pretrial Disclosures.**[1] Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall serve opposing counsel and file a redacted version as applicable with the following information regarding the evidence it may present at trial other than solely for impeachment purposes as soon as practicable **but not later than the date specified**:

  a. **Witnesses - On or before April 28, 2014**: The name, address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

  b. **Trial Exhibits - On or before June 4, 2014:** A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of

---

[1] In accordance with the E-Government Act, counsel shall, on witness lists, exhibits, and other disclosures and/or documents filed with the court, redact social security numbers, home addresses, phone numbers, and other personally identifying information of witnesses, but shall serve an unredacted version on opposing parties. **See** NECivR 5.3.

such exhibits, designating on the list those exhibits it may offer only if the need arises.

      **c.** **Waiver of Objections**: Any and all objections to the use of the witnesses, deposition testimony, discovery responses, or exhibits disclosed pursuant to the above subparagraphs, including any objection pursuant to Fed. R. Civ. P. 32(a) that a deponent is available to testify at the trial, shall be made a part of the pretrial order. Failure to list objections (except those under Fed. R. Evid. 402 and 403) is a waiver of such objections, unless excused by the court for good cause shown.

      2. **Motions *in Limine*.** Motions *in limine* shall be filed on or before **June 11, 2014**.

      3. The March 21, 2014, telephone status conference is cancelled. The court will hold the telephone status conference on **May 23, 2014, at 10:00 a.m.** to discuss trial preparations. Plaintiff's counsel shall initiate the call.

Dated this 20th day of March, 2014.

                                      BY THE COURT:

                                      s/ Thomas D. Thalken
                                      United States Magistrate Judge