IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT WAGNER, | ) | |
| | ) | CASE NO. 8:12CV392 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on a motion by the defendant City of Omaha for an order entering judgment on specified terms in accordance with Fed. R. Civ. P. 68, Filing No. 214. The city has made an offer of judgment and the plaintiff has accepted the offer. Filing No. 214, Attachments 1 and 2. The court finds judgment should be entered in favor of the plaintiff and against the defendant in accordance with the specified terms of the offer and acceptance under Fed. R. Civ. P. 68.

**IT IS ORDERED:**

1. Judgment is entered in favor of the plaintiff and against defendant City of Omaha in the amount of $32,000.00.

2. Judgment is entered in favor of the plaintiff and against defendant City of Omaha in the amount of $68,000.00 for attorney fees, expenses and taxable costs.

3. The plaintiff's claims against the defendants, in their individual and official capacities, are hereby dismissed with prejudice.

Signed this 22nd day of July, 2014.

BY THE COURT:

s/Joseph F. Bataillon
United States District Judge